IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TEL-CLINTON TRAILER COURTS, INC.
d/b/a Shamrock Village Mobile Home Park,
EUGENE J. PONZIO, and
MILDRED E. WAMPLER,

        Defendants.
_____/

Case No. 2:11-cv-12886

HON.  ARTHUR J. TARNOW

Magistrate Judge Steven Whalen

## ORDER REGARDING DISBURSEMENT OF SETTLEMENT FUND

Upon the filing of a stipulation concerning the distribution of monetary damages from the Settlement Fund created by the Defendants to compensate alleged aggrieved persons identified by the United States, pursuant to paragraphs 20 through 28 of the Consent Order entered by this Court in this case on July 13, 2011, and having reviewed the matter, the Court hereby ORDERS, the following:

1) The fifteen (15) individuals listed below shall be awarded the following amounts for claims they have alleged:

    1. Jennifer Lancaster        $4,500.00

    2. Adam Lancaster        $ 500.00

    3. Teresa Stemeye        $1,000.00

    4. Iva Wood        $1,000.00

    5. Sharron Hollabaugh        $2,500.00

    6. Joseph Grombelski        $1,000.00

|    |                        |            |
|----|------------------------|------------|
| 7. | Kurtis Mayberry        | $2,500.00  |
| 8. | Kevin Kiser            | $1,000.00  |
| 9. | Jennifer Ehman         | $1,000.00  |
| 10.| Katherine Eckert       | $1,000.00  |
| 11.| Donelda Kinne          | $1,000.00  |
| 12.| Lisa McKenzie          | $1,000.00  |
| 13.| Debbie Johnson         | $  500.00  |
| 14.| Craig Seidelman        | $  500.00  |
| 15.| Bradford Marc Zapor    | $1,000.00  |

2) Within ten (10) days after the entry of this Order, the Defendants shall deliver to counsel for the United States checks payable to the aggrieved persons in the amounts identified above.

**IT IS SO ORDERED**:

This 11th day of April, 2012.

s/Arthur J. Tarnow
ARTHUR J. TARNOW
United States District Judge

2